Case 5:23-cm-00007-CDC   Document 1   Filed 02/10/23   Page 1 of 11 PageID #: 1

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Feb 10, 2023
OFFICE OF THE CLERK

AO 106 (Rev 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

UPS Parcel With Tracking Number 1Z7Y27701295865170

Case No. 5:22 CM ~~5:22 CM~~ 5:23CM00007-CDC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ___Western___ District of ___Arkansas___, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances, proceeds or currency related to the sale or distribution of controlled substances, packaging materials associated with the transportation of controlled substances via the United States Mail, and correspondence and other paraphernalia associated with the use or distribution of controlled substances, as set forth in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 846 | Conspiracy to possess with intent to distribute a controlled substance, Possession with intent to distribute a controlled substance. |

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DEA Special Agent Matthew Barden, Jr.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/10/2023

*Judge's signature*

City and state: Fayetteville, AR

Hon. Christy Comstock, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

Suspect Parcel #3

| | |
|---|---|
| UPS Tracking No.: | 1Z7Y27701295865170 |
| Sender: | Alexander Jimenez<br>(562) 239-8432<br>The UPS Store #4770, Ste. B,<br>9825 Magnolia Ave.,<br>Riverside, CA 92503-3565 |
| Addressee: | Angel Cruz<br>12935 Huber Rd.,<br>Bentonville, AR 72713-9279 |
| Date mailed: | February 2, 2023 |
| Class of mail: | UPS 3 day select |
| Weight: | 4 lbs. |
| Shipping cost: | $476 |



# ATTACHMENT B

### Items to be Searched for and Seized

1. Controlled substances, to include, but not limited to marijuana, methamphetamine, cocaine, fentanyl, and heroin.

2. Packaging, baggies, cutting agents, including items used to conceal the odor of illegal drugs, such as perfumes, coffee, dryer sheets, tobacco, oils, and/or other substances with a strong odor.

3. Any and all records reflecting the sending and receiving of packages through UPS, Federal Express, and/or other common carriers.

4. United States and foreign currency, securities, precious metals, jewelry, gift cards, stored value cards, stocks, and bonds, that are proceeds, evidence or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.

5. Any and all records reflecting or relating to the transportation, ordering, purchasing, and/or distribution of controlled substances, including books, receipts, notes, ledgers, pay owe sheets, correspondences, records noting price, quantity, date and times when controlled substances were purchased, possessed, transferred, distributed, sold, and/or concealed.

6. Any and all records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondences, cables, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities and the identities of conspirators in controlled substances trafficking activities, all of which are evidence, fruits and/or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.

IN THE UNITED STATES DISTRICT COURT
Western District of Arkansas, Fayetteville Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF UNITED POSTAL SERVICE PARCEL, TRACKING NO.: 1Z7Y27701295865170, ADDRESSED TO ANGEL CRUZ, 12935 HUBER RD., BENTONVILLE, AR 72713-9279 | Case No. _____<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Matthew Barden Jr, being first duly sworn, hereby depose and state as follows:

**PURPOSE OF AFFIDAVIT**

1. I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 for the parcel described as follows (hereinafter "Suspect Parcel #3"):

Suspect Parcel #3

| | |
|---|---|
| UPS Tracking No.: | 1Z7Y27701295865170 |
| Sender: | Alexander Jimenez<br>(562) 239-8432<br>The UPS Store #4770, Ste. B,<br>9825 Magnolia Ave.,<br>Riverside, CA 92503-3565 |
| Addressee: | Angel Cruz<br>12935 Huber Rd.,<br>Bentonville, AR 72713-9279 |
| Date mailed: | February 2, 2023 |
| Class of mail: | UPS 3 day select |
| Weight: | 4 lbs. |
| Shipping cost: | $476 |



2.	Part of your affiant's responsibilities as an investigator for the DEA, is the investigation of controlled substances transported across the United States through different means of transportation, which constitutes a violation of Title 21, United States Code, Section 841(a)(1) and 846.  This affidavit is based upon your affiant's personal investigation and upon information received from other law enforcement officers and agents who are identified herein; and is made in support of an application for a search warrant for the aforementioned suspect parcel.

3.	For the reasons set forth below, your affiant has probable cause to believe that illegal drugs, pharmaceutical medications, and/or United States currency related to the sale or distribution of controlled substances will be found inside the aforementioned suspect parcel. Since this affidavit is for the limited purpose of establishing probable cause to support a search warrant, it contains only a summary of facts necessary to establish probable cause.  Your affiant has not included each and every fact known to your affiant concerning the entities, individuals, and the events described in this affidavit.

4.      The grounds for issuance of the search warrant are derived from your affiant's review of the physical evidence, discussions with participating agencies, and interviews of persons who have personal knowledge of the events described herein.

## INTRODUCTION AND AGENT BACKGROUND

5.      Your affiant is a Special Agent with the United States Department of Justice, Drug Enforcement Administration ("DEA") and has been employed with the DEA since May, 2021.  Your affiant is a criminal investigator for the United States within the meaning of Title 21, United States Code, Section 878, and therefore your affiant is empowered to conduct investigations of, and make arrests for, the offenses enumerated in Title 21 and Title 18. Accordingly, your affiant is a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

6.      Your affiant began his career as a Special Agent with the DEA in September of 2021.  Your affiant received sixteen weeks of training at the DEA Academy in Quantico, Virginia, where your affiant learned to identify various types of controlled substances by sight and odor; the way in which controlled substances are packaged, marketed, and consumed; drug testing; informant handling; evidence handling; search and seizure law; law involving conspiracy; and surveillance and investigation techniques.

7.      Prior to being employed with the DEA, your affiant was employed with the Colorado Springs Police Department ("CSPD") since March, 2015. Your affiant was a Police Officer with the CSPD since September, 2015. During your affiant's employment with the CSPD, your affiant was assigned to the Patrol Division from September, 2015, to April, 2021. Your affiant was tasked with responding to and investigating misdemeanor and felony crimes, to

include misdemeanor and felony drug crimes. Your affiant was tasked with, but not limited to, conducting surveillance, preparing and executing search and arrest warrants, and analyzing and processing documentary and physical evidence.

8.  In the course of your affiant's career, your affiant has been the affiant of, and/or participated in, numerous search warrants involving the law enforcement seizure of controlled substances, documents associated with the sale of controlled substances and proceeds from the sale of illicit drugs.

### PROBABLE CAUSE

9.  The United States, including the DEA, is conducting a criminal investigation into a Drug Trafficking Organization (DTO) based in the Western District of Arkansas (WDAR), and elsewhere. The DTO cell in Arkansas receives illegal drug shipments from California and elsewhere. This DTO is known to your Affiant to sell methamphetamine, heroin, fentanyl powder, "fake" Oxycontin pills laced with fentanyl, cocaine and marijuana.

### PREVIOUS SEIZED UPS PARCEL DESTINED TO 12935 HUBER ROAD, BENTONVILLE, AR

10. On November 29, 2022, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas (WDAR), signed a Federal Search Warrant in WDAR Case Number 5:22 CM 68, for a UPS parcel with Tracking #1ZA9830W4424094639, herein after referred to as Suspect Parcel #2, which was sent from California and destined for Miguel Cardenas at 12935 Huber Rd., Bentonville, AR 72713-9279.

11. On November 29, 2022, Special Agents with the Fort Smith Post of Duty (FSPOD) and the Fayetteville Resident Office (FRO) executed the Search Warrant for Suspect Parcel #2, at the FRO. Hidden inside an electronic safe, located inside of Suspect Parcel #2, Special Agents recovered approximately 5 clear plastic bags containing methamphetamine, with

4

a total approximate weight of 2,319.3 grams. It should be noted that after this seizure Special Agent Michael Brooks kept the internal UPS watch for packages destined to 12935 Huber Rd., Bentonville, AR, active.

### SEARCH WARRANT EXECUTED AT 12395 HUBER RD, BENTONVILLE, AR ON FEBRUARY 8, 2023

12. During the course of this investigation, your Affiant, along with other assisting law enforcement have conducted numerous physical surveillances of the trailer-style residence located at 12935 Huber Road, Bentonville, Arkansas, (a rural part of Bentonville, Arkansas) where Suspect Package #2 and Suspect Package #3 were addressed. Surveillance revealed that only a select few drug trafficking organization (DTO) members, would frequent the location on a daily and/or weekly basis. These surveillances and other investigative techniques have shown that this residence is not regularly occupied by anyone. Specifically, no one involved with this investigation has ever observed a vehicle remain at 12935 Huber Road, Bentonville, Arkansas overnight.

13. It should be noted that due to the rural location of 12935 Huber Road, Bentonville, Arkansas, physical surveillance has proved extremely difficult. Because of this, a covertly installed pole-camera positioned near the residence has been utilized. Your Affiant and other cooperating law enforcement have documented daily activity logs from the surveillances observed from the pole-camera, as well as, maintained recorded footage captured from this pole-camera as evidence.

14. On February 7, 2023, the Honorable Mark E. Ford, United States Magistrate Judge for the WDAR, signed a Federal Search Warrant for 12935 Huber Road, Bentonville, Arkansas in WDAR case No. 5:23 CM 4.

15. On February 8, 2023, the Federal Search Warrant was executed at 12935 Huber Road, Bentonville, Arkansas. Located inside of the residence, law enforcement recovered approximately 4.5 kilograms of suspected methamphetamine, approximately 1,389.2 gross grams of suspected fake Oxycontin pills laced with fentanyl, and approximately 862 gross grams of suspected fentanyl powder. Numerous packaging materials, indicative of illegal drug distribution were also located inside of the residence located at 12935 Huber Road, Bentonville, Arkansas. No individuals were present at the residence at the time of the service of the search warrant.

16. It should also be noted that the residence at 12935 Huber Road, Bentonville, Arkansas was completely bare of furniture, with the exception of an air mattress and single chair. The residence did not have a refrigerator, and with the exception of toilet paper no hygiene products were located. Based upon these the facts coupled my training, experience, and knowledge of this investigation, I believe the residence at 12935 Huber Road, Bentonville, Arkansas was used strictly as a "stash house" to receive parcels laden with illegal drugs, breakdown bulk quantities of illegal drugs into distribution weights, and warehouse them prior to distribution.

SUSPECT PARCEL #3

17. On February 7, 2023, UPS Security Supervisor Tony Anderson confirmed with DEA Special Agent Mike Brooks, that a UPS parcel with Tracking#1Z7Y27701295865170 (Suspect Parcel #3), was at the UPS shipping facility located at 371 N Monitor Rd., Springdale, AR 72764, and had been shipped from CA and was destined for 12935 Huber Rd, Bentonville, AR. UPS Security Supervisor Tony Anderson provided digital images of Suspect Parcel #3, which showed Suspect Parcel #3 and the shipping label for Suspect Parcel #3.

18.     Based upon my training, experience, and knowledge of this investigation, particularly the facts that a previous package destined to 12935 Huber Road, Bentonville, Arkansas contained controlled substances; and a search warrant executed on February 9, 2023 at 12935 Huber Road, Bentonville, Arkansas revealed it to be a storage location for controlled substances, I believe Suspect Parcel #3 likely contains controlled substances and probable cause exists to search Suspect Parcel #3.

## AUTHORIZATION REQUEST

19.     It is requested that the warrant and accompanying affidavit and application in support thereof, as they reveal an ongoing investigation, be sealed until further order of the Court in order to avoid premature disclosure of the on-going investigation, guard against the flight of fugitives, and better ensure the safety of Agents and others, except that copies of the warrant in full or redacted form may be maintained by the United States Attorney's Office (USAO), and may be served on Special Agents and other investigative and Law Enforcement Officers, federally deputized state and local Law Enforcement Officers, and other government and contract personnel acting under the supervision of such investigation or Law Enforcement Officers, as necessary to effectuate this warrant.

20.     Based upon the foregoing facts and circumstances, your Affiant believes probable cause exists that illegal drugs and/or materials related to the sale or distribution of controlled substances will be found in the above-mentioned Suspect Parcel #3.  Your Affiant respectfully requests authorization to search Suspect Parcel #3 for any such controlled substances, packing

materials associated with controlled substances, and/or materials related to the sale or distribution of controlled substances.

Respectfully submitted,

Matthew Barden Jr
DEA Special Agent

Subscribed and sworn to before me on February 10th 2023

HONORABLE CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

8