AO 93 (Rev 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:22 CM 7 | 02/10/2023   2:10 p.m. | Craig Jones, UPS Technician |

Inventory made in the presence of: SA Michael Brooks

Inventory of the property taken and name of any person(s) seized:

- UPS Parcel with Tracking # 1Z7Y27701295865270.
    - items found in above seized parcel:
        - sealed bag of Cheetos Puffs
        - green micro fiber towel
        - Re-sealed Cauliflower stalks bag containing
            - yellow tape and clear plastic wrapped brick containing approximately 1 kilogram of suspected Fentanyl powder

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/10/2023

_LRBoden_
Executing officer's signature

Matthew Barden Jr, DEA Special Agent
Printed name and title

Returned by electronic mail on this 10th day of February, 2023

Christy Comstock
U.S. Magistrate Judge

Case 5:23-cm-00007-CDC   Document 3   Filed 02/13/23   Page 2 of 4 PageID #: 17
Case 5:23-cm-00007-CDC *SEALED*   Document 2 *SEALED*   Filed 02/10/23   Page 1 of 4
PageID #: 12

AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
WESTERN DISTRICT
OF ARKANSAS

Feb 10, 2023

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>UPS Parcel With Tracking Number<br>1Z7Y27701295865170 | )<br>)<br>)   Case No.   5:22 CM  5:23cm00007-CDC<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Arkansas_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances, proceeds or currency related to the sale or distribution of controlled substances, packaging materials associated with the transportation of controlled substances via the United States Mail, and correspondence and other paraphernalia associated with the use or distribution of controlled substances, further described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   Feb. 23, 2023   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Christy Comstock, U.S. Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   2/10/2023 at 11:00am         *[signature]*
                                                              Judge's signature

City and state:   Fayetteville, AR         Hon. Christy Comstock, United States Magistrate Judge
                                                              *Printed name and title*

Case 5:23-cm-00007-CDC   Document 3   Filed 02/13/23   Page 3 of 4 PageID #: 18
Case 5:23-cm-00007-CDC *SEALED*   Document 2 *SEALED*   Filed 02/10/23   Page 3 of 4
PageID #: 14

## ATTACHMENT A

Suspect Parcel #3

| | |
|---|---|
| UPS Tracking No.: | 1Z7Y27701295865170 |
| Sender: | Alexander Jimenez<br>(562) 239-8432<br>The UPS Store #4770, Ste. B,<br>9825 Magnolia Ave.,<br>Riverside, CA 92503-3565 |
| Addressee: | Angel Cruz<br>12935 Huber Rd.,<br>Bentonville, AR 72713-9279 |
| Date mailed: | February 2, 2023 |
| Class of mail: | UPS 3 day select |
| Weight: | 4 lbs. |
| Shipping cost: | $476 |



## ATTACHMENT B

### Items to be Searched for and Seized

1. Controlled substances, to include, but not limited to marijuana, methamphetamine, cocaine, fentanyl, and heroin.

2. Packaging, baggies, cutting agents, including items used to conceal the odor of illegal drugs, such as perfumes, coffee, dryer sheets, tobacco, oils, and/or other substances with a strong odor.

3. Any and all records reflecting the sending and receiving of packages through UPS, Federal Express, and/or other common carriers.

4. United States and foreign currency, securities, precious metals, jewelry, gift cards, stored value cards, stocks, and bonds, that are proceeds, evidence or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.

5. Any and all records reflecting or relating to the transportation, ordering, purchasing, and/or distribution of controlled substances, including books, receipts, notes, ledgers, pay owe sheets, correspondences, records noting price, quantity, date and times when controlled substances were purchased, possessed, transferred, distributed, sold, and/or concealed.

6. Any and all records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondences, cables, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities and the identities of conspirators in controlled substances trafficking activities, all of which are evidence, fruits and/or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.